A CERTIFIED TRUE COPY

JUL 1 6 2007

ATTEST *Thomas Lottimo*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 8 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 1850*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PET FOOD PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the
District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.
§ 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have
been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the District of New Jersey and assigned to Judge
Hillman.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u>
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent
of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the District of New Jersey. The transmittal of this order to said Clerk
shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the
Clerk of the Panel within this 15-day period, the stay will be continued until further order of the
Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1850
## IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**                    **CASE CAPTION**

ARKANSAS EASTERN
  ARE  4  07-376          Scott Stacey, et al. v. Nestle SA, et al.

ARKANSAS WESTERN
  ARW  4  07-4036        Kirby Cooper v. Menu Foods Income Fund, et al.
  ARW  5  07-5065        Sandra L. Gray, et al. v. Menu Foods, et al.

CALIFORNIA CENTRAL
  CAC  2  07-1987        Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al.
  CAC  2  07-2060        Dawn Howe v. Menu Foods Ltd., et al.
  CAC  2  07-2253        Lois Grady, et al. v. Menu Foods Income Fund, et al.
  CAC  2  07-2338        Kelly Finestone v. Menu Foods, Inc., et al.
  CAC  2  07-2476        Richard Chamberlain v. Nestle SA, et al.
  CAC  2  07-2779        Ken Wahl, et al. v. Menu Foods Income Fund, et al.
  CAC  2  07-2964        Jayne Englander, et al. v. Menu Foods Income Fund, et al.
  CAC  5  07-398         Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al.

CALIFORNIA EASTERN
  CAE  2  07-654          Cheryl Carver v. Del Monte Foods Co., et al.

CALIFORNIA NORTHERN
  CAN  3  07-1809        Sherry Ingles v. Menu Foods, Inc., et al.
  CAN  3  07-2665        Diane Lowery v. Menu Foods Income Fund, et al.

CALIFORNIA SOUTHERN
  CAS  3  07-705          Robert Payne, et al. v. Menu Foods, Inc., et al.
  CAS  3  07-706          Diane Swarberg v. Menu Foods Holding, Inc., et al.
  CAS  3  07-734          Hayley Ford, et al. v. Menu Foods Income Fund, et al.
  CAS  3  07-951          John Colliard v. Menu Foods, Inc., et al.

COLORADO
  CO  1  07-736            Emily Tompkins v. Menu Foods Midwest Corp., et al.

FLORIDA MIDDLE
  FLM  2  07-235          Maria Teresa Ferrarese v. Menu Foods, Inc., et al.
  FLM  6  07-803          George Birney, et al. v. Menu Foods, Inc.

FLORIDA SOUTHERN
  FLS  1  07-20955       Stephen Donnelly, et al. v. Menu Foods, Inc., et al.

IDAHO
  ID  1  07-160            Larry Klimes, et al. v. Menu Foods

ILLINOIS NORTHERN
  ILN  1  07-2162         Heather Amro v. Menu Foods Income Fund, et al.
  ILN  1  07-2183         Gary Bruski v. Menu Foods, Inc., et al.
  ILN  1  07-2211         Raymond Demith, et al. v. Nestle Purina Petcare Co., et al.
  ILN  1  07-2237         Sonja Foxe v. Menu Foods, Inc., et al.

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                    PAGE 2 OF 3

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|

**MASSACHUSETTS**
MA  1  07-10745       Lidia Rodrigues v. Menu Foods, Inc., et al.
MA  1  07-10797       Megan Connerton, et al. v. Menu Foods Midwest Corp., et al.

**MAINE**
ME  2  07-54         Mara Brazilian v. Menu Foods Income Fund, et al.

**MINNESOTA**
MN  0  07-1808       Stephanie Rozman v. Menu Foods Midwest Corp., et al.
MN  0  07-2108       Wendy Krosschell v. Menu Foods Income Fund, et al.

**MISSOURI WESTERN**
MOW  3  07-5041      Richard Schwinger v. Menu Foods, et al.

**MISSISSIPPI SOUTHERN**
MSS  5  07-105       Sarah Cavin v. Menu Foods, et al.

**NEVADA**
~~NV  2  07-686~~        ~~Maragaret Picus v. Wal-Mart Stores, Inc., et al.~~        Opposed 7-16-07
NV  3  07-159        Marion Streczyn v. Menu Foods, Inc., et al.

**NEW YORK SOUTHERN**
NYS  1  07-3236      Mark Cashman, et al. v. Menu Foods Midwest Corp., et al.

**OHIO NORTHERN**
OHN  1  07-1018      Gregory Boehm v. Menu Foods, Inc., et al.

**PENNSYLVANIA MIDDLE**
PAM  1  07-929       Dixie Keller v. Menu Foods Ltd., et al.

**RHODE ISLAND**
RI  1  07-115        Carol Brown v. Menu Foods, Inc., et al.

**TENNESSEE EASTERN**
TNE  3  07-98        Barbara Light v. Menu Foods Income Fund

**WASHINGTON WESTERN**
WAW  2  07-575       Laura Migliore v. Menu Foods
WAW  2  07-576       Gail Moran v. Menu Foods
WAW  2  07-577       Sheryl Puett v. Menu Foods
WAW  2  07-634       Daniel Ray Reeves v. Menu Foods
WAW  2  07-666       Sheree A. Robinson v. Menu Foods
WAW  2  07-667       Phyllis A. Ullman v. Menu Foods
WAW  2  07-668       Elizabeth Palmer v. Menu Foods
WAW  2  07-669       Jason Labbate v. Menu Foods
WAW  2  07-670       Megan Whitt v. Menu Foods
WAW  2  07-684       Linda Weitz v. Menu Foods
WAW  2  07-685       Michelle Adams v. Menu Foods

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                    PAGE 3 OF 3

**DIST. DIV. C.A. #**                    **CASE CAPTION**

WAW 2  07-686        Lorae Dineen v. Menu Foods
WAW 2  07-687        Sandra Shingle v. Menu Foods
WAW 2  07-688        Gary Thomas v. Menu Foods
WAW 2  07-689        Deborah A. Mullen v. Menu Foods
WAW 2  07-690        Helen Percy v. Menu Foods
WAW 2  07-745        Paula Monk v. Menu Foods
WAW 2  07-746        Tony Boyer v. Menu Foods
WAW 2  07-747        Norman Brenton v. Menu Foods
WAW 2  07-748        Lynda Nagel v. Menu Foods
WAW 2  07-749        Teresa Eilers v. Menu Foods
WAW 3  07-5204       Jeff Rusiecki v. Menu Foods
WAW 3  07-5205       Nancy Guthrie v. Menu Foods

WISCONSIN WESTERN
WIW 3  07-159        Jacqueline Johnson v. The Procter & Gamble Co., et al.
WIW 3  07-248        Penny J. Roberts, et al. v. Menu Foods Income Fund, et al.

## INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1850
## IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

Charles H. Abbott
Gibson Dunn & Crutcher
333 South Grand Avenue
45th Floor
Los Angeles, CA 90071-3197

John H. Alexander
John H. Alexander & Associates
100 West Monroe Street
Suite 2100
Chicago, IL 60603

Thomas C. Angelone
Hodosh, Spinella & Angelone
One Turks Head Place
Suite 1050
Providence, RI 02903-1516

Rene Lynn Barge
Class Action Litigation Group
11111 Santa Monica Blvd.
Los Angeles, CA 90025

Geroge S. Bellas
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068

Eric J. Benink
Krause, Kalfayan, Benink & Slavens,
LLP
625 Broadway
Suite 635
San Diego, CA 92101

Steve W. Berman
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Bruce S. Bistline
Gordon Law Offices
623 West Hays Street
Boise, ID 83702-5512

Garrett D. Blanchfield Jr
Reinhardt, Wendorf & Blanchfield
332 Minnesota Street
Suite E-1250
St. Paul, MN 55101

Norman B. Blumenthal
Blumenthal & Markham
2255 Calle Clara
La Jolla, CA 92037

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Jeniphr A.E. Breckinridge
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Rachel Laine Carnaggio
Godfrey & Lapuyade, P.C.
9557 South Kingston Court
Englewood, CO 80112-5952

Paul C. Catos
Thompson & Bowie
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Ilan J. Chorowsky
Chorowsky Law Offices
1130 N. Dearborn Street
Suite 3110
Chicago, IL 60610

Christy Comstock
21 West Mountain Street
Suite 300
Fayetteville, AR 72701

Barbara L. Croutch
Pillsbury Winthrop Shaw & Pittman
725 South Figueroa Street
Suite 1200
Los Angeles, CA 90017

Brian R. Cunha
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

James L. Davidson
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

Larry D. Drury
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, IL 60606

John G. Emerson
Emerson Poynter, LLP
830 Apollo Lane
Houston, TX 77058

Thomas M. Ferlauto
King & Ferlauto
1880 Century Park East
Suite 820
Los Angeles, CA 90067-1627

Luis Guillermo Figueroa
Attorneys Trial Group
540 North Semoran Blvd.
Orlando, FL 32807

Jack Michael Fribley
Faegre & Benson, LLP
90 South Seventh Street
Suite 2200
Minneapolis, MN 55402-3901

Andrew H. Friedman
Helmer Friedman
723 Ocean Front Walk
Venice, CA 90291

Wendi J. Frisch
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

Robert B. Gerard
Gerard & Osuch, LLP
2840 South Jones Boulevard
Building D, Suite 4
Las Vegas, NV 89146

INVOLVED COUNSEL LIST (CTO-1) MDL-1850                          PAGE 2 OF 4

Jeremy Gilman
Benesch, Friedlander, Coplan & Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

Paul Gordon
Paul Gordon, LLC
650 South Cherry Street
Suite 835
Denver, CO 80246

Patrick J. Goss
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201

Daniel E. Gustafson
Gustafson Gluek PLLC
608 Second Avenue South
Suite 650
Minneapolis, MN 55402

Susan M. Hack
Higgs, Fletcher & Mack, LLP
401 West A Street
Suite 2600
San Diego, CA 92101-1406

Jason Matthew Hatfield
Lundy & Davis, LLP
300 North College Avenue
Suite 309
Fayetteville, AR 72701

Bradley T. Hayes
804 State Street
Natchez, MS 39120

Bradley David Hergott
Scandaglia & Ryan
55 East Monroe Street
Suite 3930
Chicago, IL 60603

Harold M. Hewell
Hewell Law Firm
402 West Broadway
Fourth Floor
San Diego, CA 92101

Mick D. Hodges
Peterson Hodges & Harper
P.O. Box 3088
Twin Falls, ID 83303-5298

Charles H. Horn
Wright, Robinson, Osthimer & Tatum
44 Montgomery Street
18th Floor
San Francisco, CA 94104

William Gene Horton
Nolan, Caddell & Reynolds, P.A.
122 North 11th Street
Post Office Box 184
Fort Smith, AR 72902-0184

Don Howarth
Howarth & Smith
523 West Sixth Street
Suite 729
Los Angeles, CA 90014

Brian S. Inamine
Wright, Robinson, Osthimer & Tatum
888 South Figueroa Street
Suite 600
Los Angeles, CA 90017

D. Jeffrey Ireland
Faruki, Ireland & Cox, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402

Frank Jablonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

Christopher D. Jennings
Emerson Poynter, LLP
The Museum Center, Suite 305
500 President Clinton Avenue
Little Rock, AR 72201

Robert A. Jigarjian
Jigarjian Law Office
128 Tunstead Avenue
San Anselmo, CA 94960

Jeffrey T. Kestle
Gardner, Bond, Trabolsi, St.
Louis & Clement
2200 Sixth Avenue
Suite 600
Seattle, WA 98121

Michael S. Kreidler
Stich, Angell, Kreidler &
Dodge, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401

Paul F. Linn
Michael Best & Friedrich, LLP
100 E. Wisconsin Ave, Ste.
3300
Milwaukee, WI 53202

Carrie Ann Lubinski
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Gary E. Mason
Mason Law Firm, P.C.
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

Edward T. Matthews
Fredrikson & Byron
200 South 6th Street
Suite 4000
Minneapolis, MN 55402-1425

John J. McDonough
Cozen O'Connor, LLP
45 Broadway Atrium
Suite 1600
New York, NY 10006

Robert D. McIntosh
Adorno & Yoss, LLP
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL
33316-1159

Jennifer L. McKeegan
Gallagher, Sharp, Fulton & Norman
Bulkley Building
6th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Steven J. Merker
Dorsey & Whitney LLP
370 17th Street
Republic Plaza Building
Suite 4700
Denver, CO 80202-5647

Ethan A. Miller
Squire, Sanders & Dempsey, L.L.P.
One Maritime Plaza
Suite 300
San Francisco, CA 94111

Daniel J. Mitchell
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

J. Chad Moore
270 Market Street
Millersburg, PA 17061

Michael S. Morrison
Schonbrun DeSimone Seplow Harris
& Hoffman
723 Ocean Front Walk
Venice, CA 90291-3270

John F. Mullen
Cozen O'Connor
1900 Market Street
Fourth Floor
Philadelphia, PA 19103-3508

Dennis E. Murray Sr.
Murray & Murray Co., LPA
111 East Shoreline Dr.
P.O. Box 19
Sandusky, OH 44871

Michael David Myers
Myers & Co., P.L.L.C.
1809 Seventh Avenue
Suite 700
Seattle, WA 98101

Allison Beth Neidoff
Gibbons, PC
One Pennsylvania Plaza
37th Floor
New York, NY 10119-3701

Gregory M. Nespole
Wolf Haldenstein Adler Freeman & Herz
LLP
270 Madison Avenue
11th Floor
New York, NY 10016

Marshall S. Ney
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
5414 Pinnacle Point Drive
Suite 500
Rogers, AR 72758

William M. O'Mara
O'Mara Law Firm, P.C.
311 East Liberty Street
Reno, NV 89501

Gina E. Och
Murchison & Cumming
Chase Plaza
801 South Grand Avenue
9th Floor
Los Angeles, CA 90017-4613

Katherine J. Odenbreit
Class Action Litigation Group
13123 Garden Land Road
Los Angeles, CA 90049

Behram V. Parekh
Kirtland & Packard, LLP
2361 Rosecrans Blvd.
4th Floor
El Segundo, CA 90245-4923

David C. Parisi
Parisi & Havens
15233 Valleyheart Drive
Sherman Oaks, CA 91403

David A. Payne
Tom W. Cardin, P.C.
607 Main Street
Cassville, MO 65625

Terry M. Poynter
P.O. Box 370
Mountain Home, AR 72654-0370

Andrae P. Reneau
Wexler Toriseva Wallace, LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60602

Eugene R. Richard
Wayne Richard & Hurwitz, LLP
One Boston Place
Suite 3620
Boston, MA 02108

Steven Lee Rodriguez
Cozen & O'Connor
425 California Street
Suite 2400
San Francisco, CA 94104

Daniel L. Rottinghaus
Berding & Weil
3240 Stone Valley Road West
Alamo, CA 94507

Edward B. Ruff III
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Steven E. Schwarz
Law Offices of Steven E. Schwarz
2461 W. Foster Avenue
#1W
Chicago, IL 60625

Richard Mark Segal
Pillsbury Winthrop Shaw & Pittman
101 West Broadway
Suite 1800
San Diego, CA 92101

Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah,
LLC
4400 North Federal Highway
Suite 200
Lighthouse Point, FL 33064

Charles W. Spann
Perry & Spann
6130 Plumas Street
Reno, NV 89509

INVOLVED COUNSEL LIST (CTO-1) MDL-1850

Dan Channing Stanley
Stanley & Kurtz, PLLC
422 South Gay Street
Third Floor
Knoxville, TN 37902

Michael L. Stoker
Johns, Flaherty & Rice, S.C.
205 Fifth Avenue South
Suite 600
P.O. Box 1626
La Crosse, WI 54602

Stuart C. Talley
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814-2719

Mark John Tamblyn
Wexler, Toriseva, Wallace, LLP
1610 Arden Way
Suite 290
Sacramento, CA 95815

Jennifer Reba Thomaidis
Thomaidis Law, LLC
1866 Vine Street
Denver, CO 80206

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields, Chtd.
P.O. Box 829
Boise, ID 83701

Jeffrey R. Thompson
O'Neil, Parker & Williamson
416 Cumberland Avenue, S.W.
P.O. Box 217
Knoxville, TN 37902

Michael Patrick Turiello
Preztel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Adam T. Waskowski
Lord, Bissell & Brook, LLP
111 South Wacker Drive
Chicago, IL 60606

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Scott Wm. Weinstein
Morgan & Morgan, P.A.
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33906

Jeff S. Westerman
Milberg, Weiss & Bershad LLP
One California Plaza, Suite 3900
300 South Grand Avenue
Los Angeles, CA 90071

Jeffrey M. White
Pierce, Atwood, LLP
One Monument Square
Portland, ME 04101

Nicholas M. Wieczorek
Morris Polich & Purdy, LLP
3980 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89109

Cheryl A. Williams
Milberg Weiss & Bershad
One California Plaza
300 South Grand Avenue
Suite 3900
Los Angeles, CA 90071

Shawn A. Williams
Millberg Weiss Bershad Hynes &
Lerach, LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

Brian D. Wright
Faruki, Ireland & Cox, PLLC
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402