CLOSED, STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00575-RSL
#### Internal Use Only

Migliore v. Menu Foods  
Assigned to: Hon Robert S. Lasnik  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 04/19/2007  
Date Terminated: 05/08/2007  
Jury Demand: None  
Nature of Suit: 195 Contract Product Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Laura Migliore**      represented by    **Michael David Myers**  
MYERS & COMPANY  
1809 7TH AVE  
STE 700  
SEATTLE, WA 98101  
206-398-1188  
Fax: FAX 398-1189  
Email: mmyers@myers-company.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**  
HAGENS BERMAN SOBOL SHAPIRO LLP  
1301 5TH AVE  
STE 2900  
SEATTLE, WA 98101  
206-623-7292  
Email: steve@hbsslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods**      represented by    **Gary A. Trabolsi**  
*a foreign corporation*  
GARDNER BOND TRABOLSI MCDONALD & CLEMENT  
2200 6TH AVE  
STE 600  
SEATTLE, WA 98121  
206-256-6309  
Email: gtrabolsi@gardnerbond.com  
*ATTORNEY TO BE NOTICED*

**Jeffrey T Kestle**  
GARDNER BOND TRABOLSI ST LOUIS & CLEMENT  
2200 6TH AVE  
STE 600  
SEATTLE, WA 98121  
206-256-6309  
Email: jkestle@gardnerbond.com  
*ATTORNEY TO BE NOTICED*

Dockets.Justia.com

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2007 | 1 | COMPLAINT against defendant Menu Foods (NO Summons(es) issued)(Receipt # SEA 8786), filed by Laura Migliore. (Attachments: # 1 Civil Cover Sheet)(PM, ) (Entered: 04/24/2007) |
| 05/07/2007 | 2 | STIPULATION AND PROPOSED ORDER *to Stay All Proceedings and for Preservation of Evidence* by parties. (Attachments: # 1 Certificate of Service)(Kestle, Jeffrey) (Entered: 05/07/2007) |
| 05/08/2007 | 3 | STIPULATION AND ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE by Judge Robert S. Lasnik. (RS, ) (Entered: 05/09/2007) |
| 05/08/2007 | 4 | ORDER REMOVING CASE FROM ACTIVE CASELOAD by Judge Robert S. Lasnik. (RS, ) (Entered: 05/09/2007) |
| 07/06/2007 | 5 | NOTICE *Notice of Multidistrict Consolidation Pursuant to 28 U.S.C. Section 1407 and Request to Maintain Stay* ; filed by Defendant Menu Foods. (Attachments: # 1 # 2)(Kestle, Jeffrey) (Entered: 07/06/2007) |
| 07/20/2007 | 6 | NOTICE from MDL Panel with copy of CTO 1 re MDL 1850 in re Pet Food Products(RS, ) (Entered: 07/23/2007) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By   S/Rhonda Stiles
         Deputy Clerk